IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT LARRY APEL,
        Plaintiff,

vs.                                      Case No.  3:07cv195/RV/MD

ARMOR CORRECTIONAL
HEALTH SERVICES, INC.,
        Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  On June 1, 2007 plaintiff filed a motion for voluntary dismissal of this civil rights action (doc. 5).  He also requests that the clerk send him a civil rights complaint form.  Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1.  That plaintiff's motion for voluntary dismissal (doc. 5) be GRANTED and this case be dismissed without prejudice.

2.  That the clerk be directed to close the file and send plaintiff a civil rights complaint form for use by prisoners in actions under 42 U.S.C. § 1983.

At Pensacola, Florida, this 6th day of June, 2007.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).